## SHEPPARD & PITTMAN *vs.* HILL'S ADM'R.

HELD, that if the return endorsed on the original process is not signed by the officer authorized to serve it, a judgment by default against the defendant is void.